# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SERVICELINK NLS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MERIDIAN FORECLOSURE SERVICE a/k/a MERIDIAN TRUST DEED SERVICE, DIANNE K. BURNETT,<br><br>　　　　　Defendants. | 2:14-cv-01830-APG-VCF<br><br>**ORDER** |

The parties filed a stipulation to temporarily stay pending settlement negotiations this action, until September 18, 2015. The parties agreed to amend the scheduling order by October 2, 2015 if the case has not reach a settlement.

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 a.m., October 14, 2015, in courtroom 3D.

DATED this 9th day of October, 2015.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE