# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| SERVICELINK NLS, LLC, | |
| Plaintiff, | 2:14-cv-01830-APG-VCF |
| vs. | **ORDER** |
| MERIDIAN FORECLOSURE SERVICE a/k/a MERIDIAN TRUST DEED SERVICE AND DIANNE K. BURNETT, | |
| Defendants. | |

The court has been informed that the case has reached a settlement agreement.  (#26).

Accordingly,

IT IS HEREBY ORDERED that the status hearing scheduled for 10:00 a.m., October 14, 2015 is VACATED.

DATED this 13th day of October, 2015.


_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE