MORRIS LAW GROUP
Ryan M. Lower, No. 9108
Email: rml@morrislawgroup.com
Raleigh C. Thompson, No. 11296
Email: rctj@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400

BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.
James D. Miller (*pro hac vice*)
Email: jmiller@babstcalland.com
Two Gateway Center, 6th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 394-5400

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SERVICELINK NLS, LLC, | Case No. 2:14-cv-01830-APG-VCF |
| Plaintiff, | |
| v. | STIPULATION AND ~~PROPOSED~~ ORDER TO STAY PROCEEDINGS |
| MERIDIAN FORECLOSURE SERVICE a/k/a MERIDIAN TRUST DEED SERVICE AND DIANNE K. BURNETT, | (SECOND REQUEST) |
| Defendants. | |

Plaintiff ServiceLink NLS, LLC and defendants Meridian Foreclosure Service a/k/a Meridian Trust Deed Service and Dianne K. Burnett submit this Joint Status Report on their pending settlement of this case and stipulate and request that the Court stay all deadlines in this case until at least December 21, 2015, based on the following:


1. The parties have reached a settlement in principle of all pending claims in this action, and are still working on their formal settlement agreement.

2. The parties anticipate having a fully executed settlement agreement no later than November 20, 2015. They will then file a Stipulation for Dismissal within 30 days of the execution of the settlement agreement, in accordance with the terms of that agreement unless there is a default of the settlement agreement during that time period. The parties will promptly notify the Court if any issues arise.

3. The parties request that the Court retain jurisdiction of this matter upon dismissal to enforce the settlement agreement if necessary.

4. The parties submit that good cause exists to continue to stay all proceedings in this case until at least December 21, 2015 and request that the Court enter an order granting such a stay.

MORRIS LAW GROUP

By /s/Ryan M. Lower
   Ryan M. Lower, No. 9108
   Raleigh Thompson, No. 11296
   900 Bank of America Plaza
   300 South Fourth Street
   Las Vegas, Nevada 89101

BABST, CALLAND, CLEMENTS
   & ZOMNIR, P.C.
James D. Miller (*pro hac vice*)
Email: jmiller@babstcalland.com
Two Gateway Center, 6th Floor
Pittsburgh, PA 15222

Attorneys for Plaintiff

MARQUIS AURBACH COFFING

By: /s/ Jason M. Gerber
   Jason M. Gerber, Bar No. 9812
   10001 Park Run Drive
   Las Vegas, Nevada 89145

Attorneys for Defendants

## ORDER

IT IS SO ORDERED. All proceedings in this case are stayed until December 21, 2015 to allow the parties to finalize settlement and dismissal paperwork. If the stipulation for dismissal is not on file by December 21, 2015, the parties are to file a status report by that date updating the Court regarding their settlement discussions.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate
DATE: _____
November 13, 2015