MORRIS LAW GROUP
Ryan M. Lower, Bar No. 9108
Email: rml@morrislawgroup.com
Raleigh C. Thompson, Bar No. 11296
Email: rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400

BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.
James D. Miller (*pro hac vice*)
Email: jmiller@babstcalland.com
Two Gateway Center, 6th Floor
Pittsburgh, PA 15222
Telephone: (412) 394-5400

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SERVICELINK NLS, LLC, | Case No. 2:14-cv-01830-APG-VCF |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| MERIDIAN FORECLOSURE SERVICE a/k/a MERIDIAN TRUST DEED SERVICE, DIANNE K. BURNETT, | |
| Defendants. | |

     Plaintiff ServiceLink NLS, LLC and defendants Meridian Foreclosure Service a/k/a Meridian Trust Deed Service and Dianne K. Burnett, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to the voluntary dismissal of this action with prejudice. This dismissal is based upon the parties' execution of a written settlement agreement dated

December 4, 2015 ("Settlement Agreement"). The parties agree that this Honorable Court shall retain jurisdiction of this matter upon dismissal to enforce the terms of the Settlement Agreement if intervention by this Court is requested by any of the parties.

| MORRIS LAW GROUP | MARQUIS AURBACH COFFING |
|---|---|
| By: /s/ Ryan M. Lower<br>Ryan M. Lower, Bar No. 9108<br>Raleigh C. Thompson,<br>Bar No. 11296<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101 | By: /s/ Jason M. Gerber<br>Jason M. Gerber, Bar No. 9812<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br><br>Attorneys for Defendants |

BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.
James D. Miller (*pro hac vice*)
Two Gateway Center, 6th Floor
Pittsburgh, PA 15222

Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATE: December 21, 2015

2